In the Matter of the Petition of MARY ANN WATSON to Prove the Last Will and Testament and Codicil of MARTHA J. MULLIN, Late of the County of Kings, Deceased. MARY ANN WATSON, as Executrix, etc., of MARTHA J. MULLIN, Deceased, Appellant; JAMES T. GARDINER, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from by the petitioner, unanimously affirmed, with costs to the respondent, payable out of the estate. On the appeal by the contestant from so much of the decree as awards to the proponent costs and disbursements and an allowance, the decree is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of HENRY A. CORNELL, Committee of the Estate of ANNA B. or AMY BELL LANNING SMITH, or AMY B. SMITH, or BELL LANNING SMITH, an Incompetent Person, Appellant, for Certain Court Orders, Directions and Authorizations. PHILIP E. SMITH and THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Order in so far as an appeal therefrom has been taken affirmed, without costs. The question of the duty of the husband to provide for the maintenance of the wife in the State hospital is not here. His liability, if it exists, may be enforced by a proceeding under section 77 of the Mental Hygiene Law. No such procedure has been undertaken. As the matter stands, the wife abandoned her husband and thereby lost her right to support and maintenance. The present disposition of the rights of the parties is temporary in its nature. We think the husband is entitled to occupy the property held by the parties as tenants by the entirety without accounting for the value of use and occupation. (*Hiles* v. *Fisher*, 144 N. Y. 306; *Joslyn* v. *Joslyn*, 9 Hun, 388.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JENNIE KASHDON, Appellant, v. METRO ELECTRIC & RADIO SHOP, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

RAYMOND KING, an Infant under the Age of Fourteen Years, by SARAH KING, His Guardian ad Litem, Respondent, v. HORACE E. BARKER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

J. VINCENT LABATE and Others, Respondents, v. ROSCOE C. HARPER and Others, Defendants, Impleaded with CHARLES H. FINGERHOOD, Appellant.— Order appealed from reversed on the law, with ten dollars costs and disbursements, and appellant's motion granted to the extent only of striking out the second and third causes of action, without costs, with leave to answer within ten days from the entry of the order herein. The wrongs alleged in these causes of action are against the corporation and are the subjects of a derivative action by a stockholder, bondholder or creditor. (*Van Weel* v. *Winston*, 115 U. S. 228; *Niles* v. *N. Y. C. & H. R. R. R. Co.*, 176 N. Y. 119; *Brock* v. *Poor*, 216 id. 387; *Hammer* v. *Werner*, 239 App. Div. 38.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.